JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-2215 AG (ANx) | Date | February 1, 2013 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. J. NATIVIDAD PONCE | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:**   [IN CHAMBERS] ORDER REMANDING CASE

Plaintiff Federal National Mortgage Association ("Plaintiff") filed this case in state court for unlawful detainer.  On November 29, 2012, Defendant J. Natividad Ponce ("Ponce") filed a Notice of Removal, which removed this case from state to federal court.

On December 4, 2012, the Court remanded the case to state court because Ponce failed to establish that federal jurisdiction exists over this case.  (SACV 12-2066, Order Remanding Case, Dkt. No. 4.)  In that order, the Court cautioned the parties not to improperly seek federal jurisdiction and noted that the filing of another frivolous paper with the Court may result in monetary sanctions.  (*Id.* at 3.)

On December 24, 2012, unnamed Defendant Ana Rodriguez ("Rodriguez"), claiming to be a defendant, filed a second Notice of Removal, which removed the case from state to federal court.  (SACV 12-2215, Dkt. No. 1.)  Because the second Notice of Removal provides no basis for federal jurisdiction other than those found to be inadequate in the first Notice of Removal, the Court finds this filing to be frivolous.  Further, the Court is concerned that Defendants are "subjecting the landlord to undeserved economic loss . . .

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-2215 AG (ANx) | Date | February 1, 2013 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. J. NATIVIDAD PONCE | | |

." *Lindsey v. Normet*, 405 U.S. 56, 73 (1972).  The Court awards sanctions of $100 against Rodriguez to be paid to Plaintiff.

Defendants again fail to establish that federal jurisdiction exists over this case.  Thus, the case is REMANDED to the appropriate state court.

                                                                       : 0

Initials of Preparer    lmb